FILED IN
COURT OF CRIMINAL APPEALS

May 27, 2015

ABEL ACOSTA, CLERK

PD-1496-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/27/2015 4:02:23 PM
Accepted 5/27/2015 4:11:48 PM
ABEL ACOSTA
CLERK

NO. PD-1496-14
COA NO. 02-11-00253-CR

*granted to*
*6-8-15*
*pc*

*5-28-15*

## COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

JOE DALE JOHNSON
*Appellant*

VS.

THE STATE OF TEXAS
*Appellee*

## UNOPPOSED FIRST MOTION BY APPELLANT TO
## EXTEND TIME TO FILE HIS PRINCIPAL BRIEF ON THE MERITS

Now comes Joe Dale Johnson, appellant in the above-styled and numbered cause, and moves this honorable Court to grant an extension of time to file Appellant's brief. This motion is made according to Rules 38.6 and 10.5(b) of the Texas Rules of Appellate Procedure and for good cause appellant shows the Court the following:

### I.

The Appellant is currently incarcerated in the Texas Department of Criminal Justice—Institutional Division for three consecutive life sentences.

### II.

No prior extensions have been requested or granted.

1

## III.

This case is on discretionary appeal from the Second Court of Appeals of Fort Worth, Texas.

## IV.

Appellant's Brief was due on May 22, 2015.

## IV.

Appellant requests a thirty (30) day extension to file his brief. This will extend the filing date until Sunday, June 21, 2015.

## V.

Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant, Jeff Eaves, has been involved in numerous cases, including being retained on several first degree felony charges:

*State v. Catlin Wayne Briscoe,* 182-663-C, Wichita County, Texas (unindicted case); Injury to Child Causing Death.

*State v. Christopher Hernandez,* 55,910-B, Wichita County, Texas Unauthorized Possession of a Firearm by a Felon, TDJC# 01730212, Parole Revocation.

*State of Texas v. Robert Earl Collins,* 182,323-C, (unindicted cases), Wichita County, Criminal Conspiracy—Aggravated Promotion of Prostitution, Trafficking of Persons, Aggravated Promotion of Prostitution, Compelling Prostitution.

*State v. James Liberty,* 54,838-A, Money Laundering Over $20,000 and under

2

$100,000, on the trial docket of the 30th District Court for the month of April and May, 2015.

*State of Texas v. Ashley Calloway*, 182,664-B, (unindicted case), Wichita County, Texas, Injury to a Child involving Death.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this thirty (30) day extension of time until June 21, 2015.

Respectfully, submitted,

Jeff Eaves
Attorney at Law
900 8th St., Ste. 1030
Wichita Falls, Texas 76301
Telephone: (940) 322-2002
Facsimile: (940) 322-1001
eaveslaw@att.net

Jeff Eaves
State Bar 24045820

## CERTIFICATE OF CONFERENCE

Prior to the filing of this motion, I personally conferred with First Assistant District Attorney of Wichita County, John Gillespie, on May 27, 2015 and he did not object to granting of this extension of time to file Appellant's Brief on the Merits.

Jeff Eaves

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was mailed AND hand-delivered to Wichita County District Attorney's Office, Wichita County Courthouse, Wichita Falls, Texas 76301 on 27th of May 2015.

Jeff Eaves